UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 8 2016

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs | § | CRIMINAL NO. B-16-164 |
| MIGUEL ANGEL SANCHEZ, JR. ULISSES OVIDIO LANDAVERDE | § | |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

On or about February 18, 2016, in the Southern District of Texas and elsewhere and within the jurisdiction of the Court, Defendants,

**MIGUEL ANGEL SANCHEZ, JR.
AND
ULISSES OVIDIO LANDAVERDE,**

did knowingly and intentionally conspire and agree with persons known and unknown to the Grand Jurors to knowingly and intentionally possess with intent to distribute a quantity more than fifty (50) grams of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

### COUNT TWO

On or about February 18, 2016, in the Southern District of Texas and within the jurisdiction of the Court, Defendants,

**MIGUEL ANGEL SANCHEZ, JR.**

**AND**
**ULISSES OVIDIO LANDAVERDE,**

did knowingly and intentionally possess with intent to distribute a quantity more than fifty (50) grams, that is, approximately 26 kilograms (57 pounds) of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

### COUNT THREE

On or about February 18, 2016, in the Southern District of Texas and elsewhere and within the jurisdiction of the Court, Defendants,

**MIGUEL ANGEL SANCHEZ, JR.**
**AND**
**ULISSES OVIDIO LANDAVERDE**

did knowingly and intentionally conspire and agree with persons known and unknown to the Grand Jurors to import a controlled substance into the United States of America from a place outside thereof, that is, from the country of Mexico, a quantity more than fifty (50) grams of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 963, 952(a), and 960(b)(1).

### COUNT FOUR

On or about February 18, 2016, in the Southern District of Texas, and within the jurisdiction of the Court, Defendants,

**MIGUEL ANGEL SANCHEZ, JR.**
**AND**
**ULISSES OVIDIO LANDAVERDE**

did knowingly and intentionally import a controlled substance into the United States of America from a place outside thereof, that is, from the country of Mexico, in that he did import into the United States a quantity more than fifty (50) grams, that is, approximately 26 kilograms (57 pounds) of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 952(a) and 960(b)(1), and Title 18, United States Code, Section 2.

                                        A TRUE BILL:

                                        _____
                                        FOREPERSON OF THE GRAND JURY

KENNETH MAGIDSON
UNITED STATES ATTORNEY

_____
ISRAEL CANO III
Assistant United States Attorney